```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
IN RE:                                             Case #11-15494 JMP
MARY VERONICA SANTIAGO-MONTEVERDE,
                                                   Chapter 7
            Debtor.
-----------------------------------X
```

**STIPULATION EXTENDING THE CHAPTER 7 TRUSTEE'S TIME TO ASSUME
OR REJECT THE ESTATE'S RIGHTS IN A CERTAIN LEASE**

JOHN S. PEREIRA (the "Trustee"), as Chapter 7 Trustee for the estate of MARY VERONICA SANTIAGO-MONTEVERDE, the debtor in the above-captioned case (the "Debtor"), and EAST 7th STREET DEVELOPMENT CORP., the landlord for the Premises (as defined below) (the "Landlord"), by their respective counsel, hereby stipulate as follows:

**WHEREAS**, on November 29, 2011 (the "Filing Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, as of the Filing Date, the Debtor was a party to a rent stabilized lease (the "Lease") for an apartment located at 199 East 7th Street, Apt. 1A, New York, New York 10009 (the "Premises"); and

**WHEREAS**, the Trustee and the Landlord are presently discussing a potential sale of the estate's interest in the Lease and the Premises; and

**WHEREAS**, the Trustee's time to assume or reject the Lease expires on Monday, January 30, 2012; and

**WHEREAS**, pending the negotiations between the Trustee and the Landlord the parties have agreed to extend the Trustee's time to assume or reject the Lease.

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Trustee's time to assume or reject the Asserted Lease is hereby extended to March 30, 2012.

2. The Trustee's time to assume or reject the Lease may be further extended by written agreement between the Trustee and the Landlord and

without further order of the Court.

3. The Bankruptcy Court shall have exclusive jurisdiction and venue regarding any dispute arising under or relating to this Stipulation.

4. This Stipulation shall be governed by the United States Bankruptcy Code and the internal laws of the State of New York, without regard to any conflict of law provision that could require the application of the law of any other jurisdiction.

5. By signing below, each signatory represents that he or she is authorized to bind his or her respective client.

6. This Stipulation may be signed by facsimile and in counterpart originals with the same force and affect as if fully and simultaneously signed on a single original document.

Dated: January    , 2012
     New York, New York      PEREIRA & SINISI, LLP
                                          Counsel to the Trustee

                                          By: /s/Ann Marie Sinisi
                                              ANN MARIE SINISI (as1112)
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                          7th Floor
                                                New York, New York 10174

Dated: January    , 2012
     Scarsdale, New York      HASS & GOTTLIEB
                                          Counsel for the Landlord

                                          By: /s/Lawrence M. Gottlieb
                                              LAWRENCE M. GOTTLIEB
                                              670 White Plains Road
                                              Suite 12
                                              Scarsdale, New York 10583
                                              (914) 725-2600

IT IS SO ORDERED this
_____ day of January, 2012


_____
     JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE